United States District Court
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN FRANCISCO DIVISION
10
11   JAN PIERACCINI,                          No. C 14-02591  RS
12                    Plaintiff,              **CASE MANAGEMENT**
         v.                                  **SCHEDULING ORDER**
13
14   THE LINCOLN NATIONAL LIFE
     INSURANCE COMPANY, LINCOLN
15   FINANCIAL GROUP, and DOES 1 TO 10,
     inclusive,
16
17                    Defendants.
     _____/
18
19          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a
20   Case Management Conference on September 11, 2014.  After considering the Joint Case
21   Management Statement submitted by the parties and consulting with the attorneys of record for
22   the parties and good cause appearing, IT IS HEREBY ORDERED THAT:
23          1.     ALTERNATIVE DISPUTE RESOLUTION.
24          MEDIATION.  The parties are engaged in private mediation.
25          2.     DISCOVERY.
26          On or before March 31, 2015 all non-expert discovery shall be completed by the parties.
27   Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-
28   five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of

**United States District Court**
For the Northern District of California

requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

       3.      DISCOVERY DISPUTES.

       Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

       4.      EXPERT WITNESSES.  The disclosure and discovery of expert witnesses shall proceed as follows:

       A.  On or before April 30, 2015, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

       B.  On or before May 21, 2015, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

       C.  On or before June 11, 2015, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

       5.      PRETRIAL MOTIONS.  All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.  Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than June 25, 2015.

       6.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **October 1, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

CASE MANAGEMENT SCHEDULING ORDER

7.      TRIAL DATE.   A jury trial shall commence on **October 13, 2015 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:    September 11, 2014

_____
RICHARD SEEBORG
United States District Judge

<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

CASE MANAGEMENT SCHEDULING ORDER